

# Fourth Court of Appeals
## San Antonio, Texas

February 24, 2014

No. 04-12-00852-CV

Jerry L. **HAMBLIN** and Ricochet Energy, Inc.,
Appellants

v.

Thomas A. **LAMONT**,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2008-CVF-000665-D2
The Honorable Joe Lopez, Judge Presiding

# O R D E R

On December 11, 2013, this court issued its opinion and judgment in this appeal. Appellee filed a timely motion for en banc reconsideration. This court requested Appellants' response to Appellee's motion by February 24, 2014. Appellants filed an unopposed first motion for a thirty-day extension of time to file Appellants' response.

Appellants' motion is GRANTED. Appellants' response to Appellee's motion for en banc reconsideration must be filed with this court by March 26, 2014.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court